**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | Case No. 19-05657-jw |
| Amir Golestan, | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE PURSUANT TO FED. R. BANKR. P. 9010(b),**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010(b), the undersigned, counsel for **Kristin M. Golestan** requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon:

G. William McCarthy, Jr.
Daniel J. Reynolds, Jr.
McCarthy Reynolds & Penn, LLC
1517 Laurel St.
Columbia, SC 29201
bmccarthy@mccarthy-lawfirm.com
dreynolds@mccarthy-lawfirm.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes the notices and papers referred to in Fed. R. Bankr. P. 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, request or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

RESPECTFULLY SUBMITTED on this the 6th day of November 2019, at Columbia, South Carolina.

    McCARTHY REYNOLDS & PENN, LLC

By: /s/ Daniel J. Reynolds, Jr.
    G. William McCarthy, Jr., Dist. I.D. # 2762
    Daniel J. Reynolds, Jr., Dist. I.D. # 9232
    *Attorneys for Kristin M. Golestan*
    1517 Laurel St. (29201)
    PO Box 11332
    Columbia, SC 29211-1332
    Tel: (803) 771-8836
    dreynolds@mccarthy-lawfirm.com