## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number:  19-05657-jw

### Order Granting Relief from Automatic Stay

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**01/02/2020**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 01/02/2020

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 19-05657-jw |
| Amir Golestan, | Chapter 11 |
| Debtor(s). | ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

This matter comes before the Court pursuant to the Motion of TBG Funding, LLC ("Movant"), which seeks relief from the automatic stay in this case.  A hearing was held on December 17, 2019, on Debtor's objection to the Motion at which time the objection was overruled.  It appears that the Motion should be granted, therefore it is

ORDERED that relief from the automatic stay is granted as to the property described as real property located at 198 East Bay Street, Units 200 and 201, Charleston, South Carolina, and that Movant may proceed with its state court remedies against the property, including the pending foreclosure action against Seven and Rose, LLC and MICFO, LLC.    It is further

ORDERED that due to Debtor's objection being overruled, Movant's request regarding the Fed. R. Bankr. P. 4001(a)(3) stay is granted and this Order is effective immediately.

**AND IT IS SO ORDERED.**