# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: **19-05657-jw**

# ORDER

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**02/14/2020**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 02/14/2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>Amir Golastan Parast<br><br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 19-05657-JW<br><br>ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7 |
|---|---|

Upon consideration of the motion of the debtor under 11 U.S.C. § 1112 for conversion of this case from chapter 11 to chapter 7 of title 11 of the United States Code, and if the debtor is moving to convert under 11 U.S.C. § 1112(a), the records of the Clerk of Court reflect that the debtor is a debtor in possession, the case was not commenced as an involuntary case under chapter 11, and the case has not been converted to a case under chapter 11 other than on the debtor's request, it is,

ORDERED that this case be, and the same hereby is, converted to a case under chapter 7 of title 11 of the United States Code; and it is further

ORDERED that the debtor file with the Court, within fourteen (14) days of the entry of this Order:

(1)   final statements of profit and loss and cash position through the date of conversion;

(2)   revised schedules if appropriate, including revised schedules D, E/F, G, and H showing claims or interests against the debtor arising subsequent to the entry of the order for relief while this case was being administered under chapter 11;

(3)   a mailing matrix, if not previously filed; and

(4)   a description of any post-petition transactions that should be reflected in a statement of affairs filed as of the date of conversion.

FURTHER ORDERED that, within thirty (30) days of the entry of this Order or before the first date set for the meeting of creditors, whichever is earlier, the debtor shall file with the Court a statement of intention as to any property encumbered by consumer debt.

IT IS FURTHER ORDERED that

(1)   The debtor shall immediately turn over to the chapter 7 interim trustee all estate property and records which the trustee shall reasonably request;

(2)   The debtor shall immediately cease all business operations and take all necessary and appropriate action to ensure that estate assets are properly preserved for the chapter 7 interim trustee;

(3)   The debtor shall immediately relinquish control of its operations and estate property to the interim trustee and permit the interim trustee and the trustee's agents unlimited reasonable access to estate property;

(4)   It is expected that debtor shall cooperate fully with the interim trustee, upon the appointment by the United States trustee of such interim trustee;

(5)     The examiner, if any, appointed in the chapter 11 case shall be relieved of all duties and responsibilities regarding this estate upon the appointment by the United States trustee of the chapter 7 interim trustee; and

(6)     The clerk shall forward a copy of this Order to the debtor and the United States trustee.

Failure to comply with this Order may result in the dismissal of the case. Should this case be dismissed for any reason, any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, or any fees due to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), shall be paid within ten (10) days of the entry of the order of dismissal.

AND IT IS SO ORDERED.