**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | **Amir Golastan Parast** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6112 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of South Carolina | Date case filed in chapter: | 11   10/28/19 |
| Case number: | 19–05657–jw | Date case converted to chapter: | 7   2/14/20 |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Amir Golastan Parast | |
| 2. | **All other names used in the last 8 years** | aka Amir Golestan | |
| 3. | **Address** | 4639 Wilson Rd <br> Meggett, SC 29449 | |
| 4. | **Debtor's attorney** <br> Name and address | Amir Golastan Parast <br> 4639 Wilson Rd <br> Meggett, SC 29449 | Contact phone _____ <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Michelle L. Vieira <br> PO Box 1480 <br> Murrells Inlet, SC 29576 | Contact phone 843–497–9800 <br> Email _____ |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse <br> 1100 Laurel Street <br> Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm <br> Contact phone 803–765–5436 <br> Date: 2/14/20 |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                   page 1

| | | |
|---|---|---|
| **7.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2020 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
| **9. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/2/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/24/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/27/20** |
| | **Deadlines for filing proof of claim:** A Proof of Claim is a signed statement describing a creditor's claim. You can obtain a copy of the proof of claim form at the Bankruptcy Clerk's Office in Columbia or through the Court's website at www.scb.uscourts.gov. Please call the Clerk's Office if you have procedural questions about the filing of a proof of claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" as set forth above, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth above on this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the Court to extend the deadline. You may electronically file claims at www.scb.uscourts.gov/epoc.html. *Do not include this notice with any filing you make with the court.* | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |
| **14. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for DeBN by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

United States Bankruptcy Court
District of South Carolina

In re:                                                                  Case No. 19-05657-jw
Amir Golastan Parast                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2          User: admin              Page 1 of 3           Date Rcvd: Feb 14, 2020
                              Form ID: b309b           Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2020.

```
db          +Amir Golastan Parast,    4639 Wilson Rd,   Meggett, SC 29449-6079
aty         +Brandon K. Poston,    Nelson Mullins Riley & Scarborough,    1320 Main Street,
              Columbia, SC 29201-3268
aty          Daniel J. Reynolds, Jr.,    McCarthy, Reynolds & Penn, LLC,    1517 Laurel Street (29201),
              PO Box 11332,   Columbia, SC  29211-1332
aty         +David S Kershaw,    Fox Rothschild, LLP,    2 W. Washington Street, Suite 1100,
              Greenville, SC 29601-2784
aty         +Elisabetta G. Gasparini,    Office of the United States Trustee,
              1835 Assembly Street Suite 953,    Columbia, SC 29201-2448
aty          G. William McCarthy, Jr.,    McCarthy, Reynolds & Penn, LLC,    1517 Laurel Street (29201),
              PO Box 11332,   Columbia, SC  29211-1332
aty         +J. Kershaw Spong,    Robinson Gray Stepp & Laffitte, LLC,    PO Box 11449,
              Columbia, SC 29211-1449
aty         +Michael Kevin McCarrell,    Fox Rothschild LLP,    2 West Washington Street,   Suite 1100,
              Greenville, SC 29601-2784
aty         +Michael M. Beal,    Beal, LLC,   PO Box 11277,   Columbia, SC 29211-1277
aty         +Travis E. Menk,    Brock & Scott, PLLC,    8757 Red Oak Blvd.,   Suite 150,
              Charlotte, NC 28217-3977
intp        +Beal, LLC,   PO Box 11277,    Columbia, SC 29211-1277
cr           Kristin M Golestan,    c/o McCarthy, Reynolds, & Penn, LLC,    1517 Laurel Street (29201),
              PO Box 11332,   Columbia, SC  29211-1332
cr          +PNC Bank, National Association,    PNC Mortgage, a division of PNC Bank, N.,   3232 Newmark Dr.,
              Miamisburg, OH 45342-5421
543749551   +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
              Attorneys/Agents for Creditor,    P.O. 9043,   Andover, MA 01810-0943
543741421   +Amin Golestan,    16185 Poppyseed Circle #4,    Delray Beach FL 33484-6415
543741422   +Averill Law Firm,    895 Island Park Dr #202,    Charleston SC 29492-7992
543782240   +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
543741425   +Bleeker Law Firm,    561 Savannah Hwy,    Charleston SC 29407-7209
543741434   +Dixon Hughes,    525 E Bay Street, Suite 100,    Charleston SC 29403-6797
543790150   +Elliott Davis, LLC,    100 Calhoun Street, Suite 300,    Charleston, SC 29401-3542
543741435   +Esmat Mohseni,    4639 Wilson Rd,   Hollywood SC 29449-6079
543803384   +Evans Carter Kunes & Bennett, PA,    Edwin GR Bennett,    115 Church Street,
              Charleston SC 29401-2906
543790149    Evans Carter Kunes & Bennett, PA,    PO Box 369,    Charleston SC  29402-0369
543767549   +GARDEN ELEGANCE,    5950 JOSEPH BLAKE LN,   WADMALAW  SC 29487-7157
543741436   +Garden Elegance,    5950 Joseph Blake Ln,    Wadmalaw Island SC 29487-7157
543741437   +Glenn Keyes Architects,    12 Vanderhorst St #B,    Charleston SC 29403-6771
543741438   +Hood & Selander CPAs LLC,    856 Lowcountry Boulevard,    Suite 100,
              Mount Pleasant SC 29464-3181
543741445   +JP Morgan,    PO Box 469030,   Denver CO 80246-9030
543741443    Jared Hughes,    Atlanta GA
543741444   +John Leiter,    105 Holly Ln,   Myrtle Beach SC 29572-5625
543741446   +Kristin Golestan,    125 Tradd St.,    Charleston SC 29401-2419
543765623    MALAREN AND LEE ATTORNEYS,    JAMES T MCLAREN,    POST OFFICE BOX 11809,
              COLUMBIA  SC  29211-1809
543741452   +MUSC Health,    135 Rutledge Ave, 5th Floor,    Charleston SC 29425-8903
543760346   +Maria Averill, Esquire,    Averill Law Firm, LLC,    895 Island Park Drive, Suite 202,
              Daniel Island, SC 29492-7992
543741447   +Marie-Louise Ramsdale, Esq.,    Ramsdale Law Firm,    1476 Ben Sawyer Blvd, Suite 5,
              Mount Pleasant SC 29464-4587
543790151   +Matthew G. Talarico,    58 Highland Avenue,    Buffalo, NY 14222-1814
543741448   +McLaren & Lee,    1508 Laurel St,   Columbia SC 29201-2623
543766366    McLaren & Lee Attorneys,    James T. McLaren,    Post Office Box 11809,
              Columbia, SC  29211-1809
543741450   +Micfo, LLC,    198 East Bay St,   Charleston SC 29401-2645
543741453  ++NAVITAS CREDIT CORP,    ATTN JOYCE MCKULKA,    201 EXECUTIVE CENTER DR SUITE 100,
              COLUMBIA SC 29210-8410
             (address filed with court: Navitas Credit Corp.,     111 Executive Drive Suit,
              Columbia SC 29210)
543766576  ++NAVITAS CREDIT CORP,    ATTN JOYCE MCKULKA,    201 EXECUTIVE CENTER DR SUITE 100,
              COLUMBIA SC 29210-8410
             (address filed with court: Navitas Credit Corp.,     201 Executive Center Dr Suite 100,
              Columbia SC 29210)
543741454   +Nelson Mullins,    151 Meeting St, 6th Floor,    Charleston SC 29401-2239
543741455   +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland OH 44101-4982
543741456   +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg OH 45342-5433
543741457   +Premier Fire & Security,    3180 Industry Dr,    North Charleston SC 29418-8400
543741458   +R-Squared Hines, Ltd,    640 King St,   Charleston SC 29403-4808
543741459   +Roper St Francis,    316 Calhoun St,   Charleston SC 29401-1113
543741461    Security & Exchange Commission,    950 East Paces Ferry, NE, Ste 900,    Atlanta GA 30326-1382
543741462   +Solitude Lake Management,    4365 Dorchester Rd,    North Charleston SC 29405-8420
543741463   +Sonitrol,    4455 Tile Dr,   North Charleston SC 29405-8400
543741467   +TBG Funding,    3839 Flatlands Avenue #201,    Brooklyn NY 11234-3534
```

```
District/off: 0420-2           User: admin              Page 2 of 3                   Date Rcvd: Feb 14, 2020
                               Form ID: b309b           Total Noticed: 83


543750849      +TGB Funding, LLC,    c/o The Battery Group,    3839 Flatlands Avenue,    Brooklyn, NY 11234-3533
543741468      +The Bishop Fields,    1616 Rifle Range Rd,   Mount Pleasant SC 29464-3928
543741472       Wells Fargo Equipment,    733 Marquette Ave #700,    Charleston SC 29401
543741473       Western Equipment Finance,    03 US Highway 2 West,   Devils Lake ND 58301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QMLVIEIRA.COM Feb 15 2020 03:53:00      Michelle L. Vieira,    PO Box 1480,
                 Murrells Inlet, SC 29576-1480
ust            +E-mail/Text: ustpregion04.co.ecf@usdoj.gov Feb 14 2020 22:57:05      US Trustee's Office,
                 Strom Thurmond Federal Building,    1835 Assembly St.,   Suite 953,   Columbia, SC 29201-2448
sp             +Fax: 803-256-7500 Feb 14 2020 23:16:53      Nelson Mullins Riley & Scarborough LLP,
                 c/o B. Keith Poston,    P.O. Box 11070,   Columbia, SC 29211-1070
cr             +E-mail/Text: bankruptcy@southstatebank.com Feb 14 2020 22:57:20      South State Bank,
                 448 North Main Street,    Cornelia, GA 30531-2191
intp            E-mail/Text: sheree_phipps@scb.uscourts.gov Feb 14 2020 22:57:18      US Bankruptcy Court,
                 Attn: Systems,    1100 Laurel Street,   Columbia, SC  29201-2423
543741419      +E-mail/Text: amscbankruptcy@adt.com Feb 14 2020 22:57:24      ADT Security Services,
                 PO Box 650485,    Dallas TX 75265-0485
543759887       EDI: BECKLEE.COM Feb 15 2020 03:53:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
543741420      +EDI: AMEREXPR.COM Feb 15 2020 03:53:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso TX 79998-1540
543741423      +EDI: BANKAMER.COM Feb 15 2020 03:53:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa FL 33634-2413
543741424      +EDI: TSYS2.COM Feb 15 2020 03:53:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington DE 19899-8801
543741426      +EDI: CAPITALONE.COM Feb 15 2020 03:53:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
543741427      +EDI: CHASE.COM Feb 15 2020 03:53:00      Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                 Wilmington DE 19850-5298
543741429      +EDI: CITICORP.COM Feb 15 2020 03:53:00      Citibank,   Attn: Recovery/Centralized Bankruptcy,
                 Po Box 790034,    St Louis MO 63179-0034
543741431      +EDI: WFNNB.COM Feb 15 2020 03:53:00      Comenity Bank/Restoreration Hardware,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus OH 43218-2125
543741433       EDI: DISCOVER.COM Feb 15 2020 03:53:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington DE 19850
543741432      +E-mail/Text: pjohnson@datasales.com Feb 14 2020 22:57:03      Data Sales,
                 3450 West Burnsville Pkwy,    Burnsville MN 55337-4203
543743820       EDI: DISCOVER.COM Feb 15 2020 03:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
543748379      +EDI: HY11.COM Feb 15 2020 03:53:00      Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
543741440      +EDI: HY11.COM Feb 15 2020 03:53:00      Hyundai Motor Finance,    Attn: Bankruptcy,
                 Po Box 20809,    Fountain Valley CA 92728-0809
543741442       EDI: IRS.COM Feb 15 2020 03:53:00      Internal Revenue Service,    941 - Business,
                 Ogden UT 84201
543741453       E-mail/Text: ServicingAdmin@navitascredit.com Feb 14 2020 22:56:55      Navitas Credit Corp.,
                 111 Executive Drive Suit,    Columbia SC 29210
543766576       E-mail/Text: ServicingAdmin@navitascredit.com Feb 14 2020 22:56:55      Navitas Credit Corp.,
                 201 Executive Center Dr Suite 100,    Columbia SC 29210
543741460      +E-mail/Text: bankruptcy@sctax.org Feb 14 2020 22:57:16
                 SC Department of Revenue and Taxation,    P. O. Box 12265,   Columbia SC 29211-2265
543759073      +E-mail/Text: bankruptcy@southstatebank.com Feb 14 2020 22:57:20      South State Bank,
                 Attn: Bankruptcy Dept.,    P O Box 1900,   Cornelia, GA 30531-7900
543741464      +E-mail/Text: bankruptcy@southstatebank.com Feb 14 2020 22:57:20      South State Bank,
                 PO Box 118068,    Charleston SC 29423-8068
543741465      +E-mail/Text: bankruptcy@southstatebank.com Feb 14 2020 22:57:20      South State Bank 000,
                 Pob 1287,    Orangeburg SC 29116-1287
543741466      +EDI: RMSC.COM Feb 15 2020 03:53:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando FL 32896-5060
543741469      +EDI: USBANKARS.COM Feb 15 2020 03:53:00      U.S. Bancorp,   Attn: Bankruptcy,
                 800 Nicollet Mall,    Minneapolis MN 55402-7014
543741470       E-mail/Text: USASC-Bankruptcy@usdoj.gov Feb 14 2020 22:57:19      US Attorney for SC,
                 Attn: Douglass Barnett,    1441 Main St, Ste 500,   Columbia SC 29201-2862
543741471       E-mail/Text: AR@vivint.com Feb 14 2020 22:56:51      Vivint,    4931 North 300,   Provo UT 84604
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
543741428      Chudley International,    Unit 10 Ilton Business Park,    Ilton, Somerset, TA19 9DU
543741430      Comcast Business
543741439      HPE Financial Services
543741449      Merrill Lynch
543741451      Micfo, LLC
543776137*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
543741441*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Insolvency Group 6,   MDP 39,
                1835 Assembly Street,    Columbia SC 29201)
                                                                                            TOTALS: 5, * 2, ## 0
```

```
District/off: 0420-2          User: admin                Page 3 of 3               Date Rcvd: Feb 14, 2020
                              Form ID: b309b             Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:

```
              Brandon K. Poston    on behalf of Spec. Counsel    Nelson Mullins Riley & Scarborough LLP
               keith.poston@nelsonmullins.com,
               Stephanie.arnold@nelsonmullins.com;linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com;
               frank.knowlton@nelsonmullins.com;shane.ramsey@nelsonmullins.com;bsandler@pszjlaw.com
              Daniel J. Reynolds, Jr.    on behalf of Creditor Kristin M Golestan dreynolds@mccarthy-lawfirm.com,
               sstancil@mccarthy-lawfirm.com
              David S Kershaw    on behalf of Creditor    South State Bank dkershaw@foxrothschild.com,
               eaccetta@foxrothschild.com
              Elisabetta G. Gasparini    on behalf of U.S. Trustee US  Trustee's Office
               elisabetta.g.gasparini@usdoj.gov
              G. William McCarthy, Jr.    on behalf of Creditor Kristin M Golestan
               bmccarthy@mccarthy-lawfirm.com,  sstancil@mccarthy-lawfirm.com;sbeall@mccarthy-lawfirm.com
              J. Kershaw Spong    on behalf of Creditor    TBG Funding, LLC kspong@robinsongray.com,
               mwhite@robinsongray.com
              Michael Kevin McCarrell    on behalf of Creditor    South State Bank kmccarrell@foxrothschild.com,
               eaccetta@foxrothschild.com
              Michael M. Beal    on behalf of Interested Party    Beal, LLC mbeal@bealllc.com,
               ccooper@bealllc.com;kmccoy@bealllc.com;kcooper@bealllc.com;gvernon@bealllc.com;afloyd@bealllc.com
               ;tnauful@bealllc.com
              Michelle L. Vieira    trustee@chapter7.email,
               mlvieira@ecf.axosfs.com;Trusteeassistant@chapter7.email
              South State Bank    heath.barrett@southstatebank.com
              Travis E. Menk    on behalf of Creditor    PNC Bank, National Association
               travis.menk@brockandscott.com,  scbkr@brockandscott.com;wbecf@brockandscott.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
              US Bankruptcy Court    mark_tyan@scb.uscourts.gov,  Lisa_Huppertz@scb.uscourts.gov
                                                                                              TOTAL: 13
```