**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

IN RE:

**Amir Golastan Parast**

Case # 19-05657-JW

Chapter 7

**Debtor(s)**

**REPORT OF SALE**

DATE OF SALE:        August 17, 2020

TYPE OF SALE:        Private Sale

PROPERTY SOLD:    40 mm Everose Gold Men's Rolex Watch

PURCHASER:           Bob's Watches

PRICE:                       $18,150.00

SALE AGENT, AUCTIONEER, BROKER, ETC:    None

COMMISSION PAID ON SALE:   None

EXPENSES OF SALE:         None

DEBTOR'S EXEMPTION:     None

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS:   None

NET TO ESTATE:            $18,150.00

AMOUNT DISBURSED TO DATE:        None

AMOUNT RETAINED BY TRUSTEE OF DEBTOR:   $18,150.00

DATE:  August 17, 2020

/s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
PO BOX 1480, MURRELLS INLET, SC  29576
Phone (843)497-9800
Fax    (843) 497-9881
email:  Trustee@Chapter7.email