# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Amir Golestan Parast,<br><br>Debtor. | C/A No. 19-05657-DD<br><br>Chapter 7<br><br>**ORDER** |

On December 16, 2019, Judge Waites, the judge previously assigned to the debtor's case, entered an order finding that the debtor had failed to comply with the Court's order regarding the debtor's 2004 examination and the subpoena issued to him by Mrs. Golestan's counsel and directing Mrs. Golestan's counsel to file an affidavit of attorney's fees and costs. Mrs. Golestan filed an affidavit, reflecting $12,597.10 in fees and costs. Judge Waites entered an order on January 15, 2020 requiring the debtor to pay those fees and costs to Mrs. Golestan's counsel.

On March 10, 2020, after Judge Waites found that the debtor had again failed to comply with an order of the Court and the subpoena, Judge Waites entered an order again requesting Mrs. Golestan's counsel to file an affidavit of fees and costs. Mrs. Golestan's counsel filed the affidavit on March 20, 2020, reflecting $27,757.50 in fees and costs. The case was subsequently assigned to the undersigned.

Based on Judge Waites' findings that the debtor failed to comply with the Court's orders and the subpoena and further based on the statements made on the record at the hearing held on August 5, 2020, the Court hereby orders the debtor to pay the full amount of attorney's fees and costs asserted by Mrs. Golestan's counsel in the March 20, 2020 affidavit, in the amount of $27,757.50, within ten (10) days of the date of entry of this order. Further, if the $12,597.10 previously awarded has not been paid, Mr. Golestan is ordered to pay that amount as well.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**08/21/2020**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 08/21/2020