# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | C/A No. 19-05657-dd |
|---|---|
| Amir Golastan Parast | Chapter 7 |
| Debtor(s). | **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #397) of Nelson Mullins Riley & Scarborough LLP ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b). Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: Retainer being held in the amount of $91,021.21 . Movant may send any required notice to Debtor(s) and pay any earned fees and costs from the retainer.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**01/05/2021**



Entered: 01/05/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina