# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Amir Golastan Parast a/k/a Amir Golestan,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-05657-jw |

## CERTIFICATE OF SERVICE

I, the undersigned Sally Ann Beall, an employee with McCarthy, Reynolds, & Penn, LLC, Attorneys for Kristin M. Golestan, do hereby certify, under penalty of perjury, that I served **KRISTIN M. GOLESTAN'S MOTION FOR ORDER REQUIRING PAYMENT OF THE DEBTOR'S HOMESTEAD EXEMPTION TO KIRISTIN M. GOLESTAN IN ACCORDANCE WITH 11 U.S.C. Sec. 522(c)(1) [DOC. 458],** upon Amir Golestan, Debtor, 1150 Hungry Neck Boulevard, Mt. Pleasant, SC  29464; Michael Conrady, Esq., Campbell Law Frim, PA, 890 Johnnie Dodds Boulevard, Mt. Pleasant, SC  29464; Christine E. Brimm, Esq., 3955 Hwy 17 Bypass, Suite D, PO Box 2746, Murrells Inlet, SC  29576; Michelle Vieira, Trustee, PO Box 1480, Murrells Inlet, SC  29576; and Elisabetta Gasparini, Office of the US Trustee, 1835 Assembly Street, Suite 953, Columbia, SC  29201-2448, and that same was served by depositing in the US Postal Service, first-class mail, postage prepaid, on the 23rd day of April, 2021, in Columbia, South Carolina.

McCARTHY, REYNOLDS, & PENN, LLC

|  |  |
|---|---|
| April 23, 2021.<br>Columbia, South Carolina | /s/ Sally Ann Beall<br>Sally Ann Beall<br>1517 Laurel Street (29201)<br>Post Office Box 11332<br>Columbia, South Carolina   29211-1332<br>(803) 771-8836 |