**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Amir Golastan Parast<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO: 19-05657-DD<br><br>NOTICE OF HEARING |

    PLEASE TAKE NOTICE that a hearing will be held at the **King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina on May 25, 2021, at 9:00 AM**, to consider and act upon the following motion(s) and/or application(s) that has/have been filed with the Court:

**KRISTIN M. GOLESTANS MOTION FOR ORDER REQUIRING PAYMENT OF THE DEBTORS HOMESTEAD EXEMPTION TO KRISTIN M. GOLESTAN IN ACCORDANCE WITH 11 U.S.C. §522(c)(1), filed by Daniel J. Reynolds Jr. on behalf of Kristin M Golestan**.

    Any party objecting to the relief sought must file a response in accordance with District of South Carolina Local Bankruptcy Rule 9014-1 and must serve the party seeking the relief with a copy of said objection by **May 14, 2021**. If no response, return, and/or objection is timely filed and served, no hearing will be held on this Motion, except at the direction of the judge. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

    Any party which has filed an objection and fails to appear at the time and place above noticed to prosecute that objection or which fails to comply with District of South Carolina Local Bankruptcy Rules 9013-3 or 9014-1 may not have the objection considered.

    If the party filing the document(s) referred to above has/have not served the document(s) as required by the Federal Rules of Bankruptcy Procedure and District of South Carolina Local Bankruptcy Rules, the filing party is hereby notified that, at the hearing above referenced, the Court may give notice of the possible imposition of sanctions against the filing party pursuant to Federal Rule of Bankruptcy Procedure 9011 for failure to effect service.

    Laura A. Austin, Clerk of Court
    United States Bankruptcy Court

    BY: */s/ S. Phipps*
        S.Phipps, Deputy Clerk

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 19-05657-dd
Amir Golastan Parast  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2      User: admin      Page 1 of 2
Date Rcvd: Apr 30, 2021      Form ID: pdf01      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amir Golastan Parast, 4639 Wilson Rd, Meggett, SC 29449-6079 |
| | + | Amir Golestan, 1150 Hungry Neck Boulevard, Mt. Pleasant, SC 29464-3484 |
| | + | Christine E. Brimm, Esq., 3955 Hwy 17 Bypass, Suite D, PO Box 2746, Murrells Inlet, SC 29576-2662 |
| cr | | Kristin M Golestan, c/o McCarthy, Reynolds, & Penn, LLC, 1517 Laurel Street (29201), PO Box 11332, Columbia, SC 29211-1332 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Andrew Philip Walker
     on behalf of Creditor Pension Benefit Guaranty Corporation - US Attorney walker.andrew@pbgc.gov

B. Lindsay Crawford, III
     on behalf of Creditor Hyundai Lease Titling Trust wayne@crawfordvk.com

Brandon K. Poston
     on behalf of Spec. Counsel Nelson Mullins Riley & Scarborough LLP keith.poston@nelsonmullins.com
     Stephanie.arnold@nelsonmullins.com;linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Christine E Brimm
     on behalf of Trustee Michelle L. Vieira cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com

Christine E Brimm

|  |  |
|---|---|
|  | on behalf of Plaintiff Michelle Vieira cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Daniel J. Reynolds, Jr. | on behalf of Defendant Kristin M Golestan dreynolds@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com |
| Daniel J. Reynolds, Jr. | on behalf of Creditor Kristin M Golestan dreynolds@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com |
| Elisabetta G. Gasparini | on behalf of U.S. Trustee US Trustee's Office elisabetta.g.gasparini@usdoj.gov |
| G. William McCarthy, Jr. | on behalf of Creditor Kristin M Golestan bmccarthy@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com;sbeall@mccarthy-lawfirm.com |
| Gentry Collins | on behalf of Creditor PNC Bank National Association gentry.collins@brockandscott.com, wbecf@brockandscott.com |
| J. Kershaw Spong | on behalf of Creditor TBG Funding LLC kspong@robinsongray.com, mwhite@robinsongray.com;jguthrie@robinsongray.com |
| John Douglas Barnett | on behalf of Creditor Pension Benefit Guaranty Corporation - US Attorney USASC-Bankruptcy@usdoj.gov Saundra.Woods@usdoj.gov |
| Michael Conrady | on behalf of Debtor Amir Golastan Parast mconrady@campbell-law-firm.com jbarnett@campbell-law-firm.com |
| Michael H. Conrady | on behalf of Debtor Amir Golastan Parast mconrady@campbell-law-firm.com cshiner@campbell-law-firm.com |
| Michael Kevin McCarrell | on behalf of Creditor South State Bank kmccarrell@foxrothschild.com eaccetta@foxrothschild.com |
| Michael M. Beal | on behalf of Interested Party Beal LLC mbeal@bealllc.com, ccooper@bealllc.com;kcooper@bealllc.com;gvernon@bealllc.com;afloyd@bealllc.com;tnauful@bealllc.com |
| Michelle L. Vieira | trustee@chapter7.email mlvieira@ecf.axosfs.com;Trusteeassistant@chapter7.email |
| Tara E. Nauful | on behalf of Interested Party Beal LLC tnauful@bealllc.com, ccooper@bealllc.com;gvernon@bealllc.com;kcooper@bealllc.com;afloyd@bealllc.com |
| Travis E. Menk | on behalf of Creditor PNC Bank National Association travis.menk@brockandscott.com, wbecf@brockandscott.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 20