**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:

Amir Golastan Parast a/k/a Amir Golestan,

Debtor.

Case # 19-05657-dd

Chapter 7

**CONSENT ORDER AUTHORIZING TRUSTEE TO SELL CERTAIN FURNITURE AND PERSONAL PROPERTY BELONGING TO MICFO, LLC., FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, PURSUANT TO HER AUTHORITY AS HOLDER OF THE RIGHTS AND POWERS OF SOLE MEMBER OF MICFO**

THIS MATTER comes before the Court on the notice and application of Michelle L. Vieira, Chapter 7 Trustee ("Trustee") for Amir Golastan Parast a/k/a Amir Golestan ("Debtor"), for authority to sell free and clear of liens the certain furniture and televisions as described herein, in the exercise of her rights and powers as Trustee in this bankruptcy case, and in the exercise of the rights and powers of the sole member of MICFO, LLC. a/k/a Micfo, LLC ("Micfo").

The Trustee acquired a 100% membership interest in Seven and Rose, LLC ("Seven/Rose") and in Micfo in connection with the within chapter 7 bankruptcy case. Seven/Rose is a debtor-in-possession in a pending chapter 11 bankruptcy case, Case No. 20-03757-jw (the "Chapter 11 Case"). Seven/Rose owns commercial real estate located at 198 East Bay Street, Charleston, South Carolina 29401, consisting of Suites 200 and 300. Micfo is the title owner of Suite 201, further being shown and designated as PIN: 458-05-04-020 (the "Micfo Unit"). The Trustee has been authorized by previous orders in this case and in the Chapter 11 Case to sell Suites 200, 201 and 300 (the "Commercial Property") to Flexspace 360, LLC and/or its assigns ("Flexspace"). The Trustee now seeks authority to sell to Flexspace the following furniture and televisions "AS IS" located on the premises of the Commercial Property, more specifically described and limited as follows (the "Micfo Assets"):

1. Furniture to include all chairs, desks, communal tables, conference tables, couches, and the reception stand, but <u>excluding</u> the bar stools.

2. The televisions that are mounted to the walls.

3. White Boards that are mounted to the walls.

The sale includes only the items in (1), (2) & (3) above. No other contents located at the Commercial Property will convey. In addition to the bar stools, the sale specifically <u>excludes</u> rugs, computers, monitors, servers, computer accessories, and other personal property of any nature.

1

The Court has been informed that all parties in interest have been notified of the intention to sell the Micfo Assets. The only objection to the proposed sale that was filed was a jointly filed objection, as amended, by Ascentium Capital, LLC ("Ascentium") and PNC EF, LLC ("PNC"), disputing the Trustee's right to sell the Micfo Assets. The Court has been informed that the objection of Ascentium and PNC is resolved by the consent of the parties with this Order.

It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee holds the rights and powers of the sole member of Micfo.

IT IS ORDERED that the Trustee is authorized to sell and to convey the Micfo Assets, on behalf of Micfo, to Flexspace 360, LLC and/or its assigns for $30,000.00.

IT IS ORDERED that the Trustee, on behalf of Micfo, will pay the aggregate amount of $15,000.00 of the sale proceeds from the Micfo Assets to Ascentium and PNC, made payable to Smith Debnam Trust Account.

IT IS ORDERED that neither Ascentium nor PNC will take any step to attach any portion of the remaining proceeds from the sale of the Micfo Assets, which proceeds belong to Micfo and will be utilized for Micfo's purposes as the Trustee, as member of Micfo, directs.

IT IS ORDERED that neither Ascentium nor PNC will participate as a petitioning creditor nor encourage other creditors to file an involuntary bankruptcy proceeding against Micfo until such time as the Golestan bankruptcy estate is closed or the Trustee abandons the Micfo asset, whichever occurs first.

IT IS FURTHER ORDERED that the sale of the Micfo Assets shall be free and clear of all liens, claims, encumbrances and interests.

IT IS SO ORDERED.

**FILED BY THE COURT**
**05/26/2021**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 05/26/2021

2

We consent:

BARTON BRIMM, PA


/s/ Christine E. Brimm
Christine E. Brimm, #6313
P.O. Box 14805
Myrtle Beach, SC  29587
Phone:  (803) 256-6582
cbrimm@bartonbrimm.com
Attorney for Trustee



/s/ J. Ronald Jones, Jr.
J. Ronald Jones, Jr. (#5874)
Smith Debnam Narron Drake Saintsing
  & Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone:  (843) 714-2535
rjones@smithdebnamlaw.com
*Attorneys for Ascentium Capital, LLC and
PNC EF, LLC*

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 19-05657-dd

Amir Golastan Parast  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2  User: admin  Page 1 of 4
Date Rcvd: May 26, 2021  Form ID: pdf01  Total Noticed: 82

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amir Golastan Parast, 4639 Wilson Rd, Meggett, SC 29449-6079 |
| cr | + | Ascentium Capital LLC, c/o Byron L. Saintsing, Smith Debnam, PO Box 176010, Raleigh, NC 27619-6010 |
| intp | + | Beal, LLC, PO Box 11277, Columbia, SC 29211-1277 |
| cr | | Kristin M Golestan, c/o McCarthy, Reynolds, & Penn, LLC, 1517 Laurel Street (29201), PO Box 11332, Columbia, SC 29211-1332 |
| sp | + | Nelson Mullins Riley & Scarborough LLP, c/o B. Keith Poston, P.O. Box 11070, Columbia, SC 29211-1070 |
| cr | | PNCEF, LLC, c/o Byron L. Saintsing, Smith Debnam, PO Box 26268, Raleigh, NC 27611-6268 |
| cr | + | Pension Benefit Guaranty Corporation - US Attorney, J. Douglas Barnett, AUSA, 1441 Main Street, Suite 500, Columbia, SC 29201-2897 |
| 543759887 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 543749551 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 543741420 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 543741421 | + | Amin Golestan, 16185 Poppyseed Circle #4, Delray Beach FL 33484-6415 |
| 543741422 | #+ | Averill Law Firm, 895 Island Park Dr #202, Charleston SC 29492-7992 |
| 543741423 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa FL 33634-2413 |
| 543782240 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 543741424 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington DE 19899-8801 |
| 543741425 | + | Bleeker Law Firm, 561 Savannah Hwy, Charleston SC 29407-7209 |
| 543741434 | + | Dixon Hughes, 525 E Bay Street, Suite 100, Charleston SC 29403-6797 |
| 543790150 | + | Elliott Davis, LLC, 100 Calhoun Street, Suite 300, Charleston, SC 29401-3542 |
| 543741435 | + | Esmat Mohseni, 4639 Wilson Rd, Hollywood SC 29449-6079 |
| 543803384 | + | Evans Carter Kunes & Bennett, PA, Edwin GR Bennett, 115 Church Street, Charleston SC 29401-2906 |
| 543790149 | | Evans Carter Kunes & Bennett, PA, PO Box 369, Charleston SC 29402-0369 |
| 543767549 | + | GARDEN ELEGANCE, 5950 JOSEPH BLAKE LN, WADMALAW SC 29487-7157 |
| 543741436 | + | Garden Elegance, 5950 Joseph Blake Ln, Wadmalaw Island SC 29487-7157 |
| 543741437 | + | Glenn Keyes Architects, 12 Vanderhorst St #B, Charleston SC 29403-6771 |
| 543741438 | + | Hood & Selander CPAs LLC, 856 Lowcountry Boulevard, Suite 100, Mount Pleasant SC 29464-3181 |
| 543817055 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 543741443 | | Jared Hughes, Atlanta GA |
| 543741444 | + | John Leiter, 105 Holly Ln, Myrtle Beach SC 29572-5625 |
| 543741446 | + | Kristin Golestan, 125 Tradd St., Charleston SC 29401-2419 |
| 543965342 | + | Kristin M. Golestan, c/o Daniel J. Reynolds, Jr., Esq., 1517 Laurel Street, Columbia, SC 29201-2622 |
| 543765623 | | MALAREN AND LEE ATTORNEYS, JAMES T MCLAREN, POST OFFICE BOX 11809, COLUMBIA SC 29211-1809 |
| 543741452 | + | MUSC Health, 135 Rutledge Ave, 5th Floor, Charleston SC 29425-8903 |
| 543760346 | #+ | Maria Averill, Esquire, Averill Law Firm, LLC, 895 Island Park Drive, Suite 202, Daniel Island, SC 29492-7992 |
| 543741447 | + | Marie-Louise Ramsdale, Esq., Ramsdale Law Firm, 1476 Ben Sawyer Blvd, Suite 5, Mount Pleasant SC 29464-4587 |
| 543790151 | #+ | Matthew G. Talarico, 58 Highland Avenue, Buffalo, NY 14222-1814 |
| 543741448 | + | McLaren & Lee, 1508 Laurel St, Columbia SC 29201-2623 |
| 543766366 | | McLaren & Lee Attorneys, James T. McLaren, Post Office Box 11809, Columbia, SC 29211-1809 |
| 543741450 | + | Micfo, LLC, 198 East Bay St, Charleston SC 29401-2645 |
| 543741454 | + | Nelson Mullins, 151 Meeting St, 6th Floor, Charleston SC 29401-2239 |
| 543741457 | + | Premier Fire & Security, 3180 Industry Dr, North Charleston SC 29418-8400 |
| 543741458 | + | R-Squared Hines, Ltd, 640 King St, Charleston SC 29403-4808 |
| 543741459 | + | Roper St Francis, 316 Calhoun St, Charleston SC 29401-1113 |

Case 19-05657-dd    Doc 480    Filed 05/28/21    Entered 05/29/21 00:27:50    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0420-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf01 | Total Noticed: 82 |

| | | |
|---|---|---|
| 543741461 | | Security & Exchange Commission, 950 East Paces Ferry, NE, Ste 900, Atlanta GA 30326-1382 |
| 543741462 | + | Solitude Lake Management, 4365 Dorchester Rd, North Charleston SC 29405-8420 |
| 543741463 | + | Sonitrol, 4455 Tile Dr, North Charleston SC 29405-8400 |
| 543741467 | + | TBG Funding, 3839 Flatlands Avenue #201, Brooklyn NY 11234-3534 |
| 543750849 | + | TGB Funding, LLC, c/o The Battery Group, 3839 Flatlands Avenue, Brooklyn, NY 11234-3533 |
| 543741468 | + | The Bishop Fields, 1616 Rifle Range Rd, Mount Pleasant SC 29464-3928 |
| 543812292 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 543741472 | | Wells Fargo Equipment, 733 Marquette Ave #700, Charleston SC 29401 |
| 543741473 | | Western Equipment Finance, 03 US Highway 2 West, Devils Lake ND 58301 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:35:00 | PNC Bank, National Association, PNC Mortgage, a division of PNC Bank, N., 3232 Newmark Dr., Miamisburg, OH 45342 |
| cr | + | Email/Text: bankruptcy@southstatebank.com | May 26 2021 21:35:00 | South State Bank, 448 North Main Street, Cornelia, GA 30531-2191 |
| 543741419 | + | Email/Text: amscbankruptcy@adt.com | May 26 2021 21:36:00 | ADT Security Services, PO Box 650485, Dallas TX 75265-0485 |
| 543839948 | + | Email/Text: bankruptcy@amuref.com | May 26 2021 21:36:00 | Amur Equipment Finance, Inc., 308 N. Locust St., Ste 100, Grand Island, NE 68801-5985 |
| 543741426 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 23:22:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 543741429 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 23:22:06 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 543741431 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2021 21:35:00 | Comenity Bank/Restoreration Hardware, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 543741433 | | Email/Text: mrdiscen@discover.com | May 26 2021 21:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington DE 19850 |
| 543741432 | + | Email/Text: pjohnson@datasales.com | May 26 2021 21:35:00 | Data Sales, 3450 West Burnsville Pkwy, Burnsville MN 55337-4203 |
| 543743820 | | Email/Text: mrdiscen@discover.com | May 26 2021 21:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 543748379 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2021 21:36:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 543741440 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2021 21:36:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley CA 92728-0809 |
| 543741442 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2021 21:35:00 | Internal Revenue Service, 941 - Business, Ogden UT 84201 |
| 543741427 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 23:25:50 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 543741445 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 26 2021 23:25:50 | JP Morgan, PO Box 469030, Denver CO 80246 |
| 543741453 | | Email/Text: ServicingAdmin@navitascredit.com | May 26 2021 21:35:00 | Navitas Credit Corp., 111 Executive Drive Suit, Columbia SC 29210 |
| 543766576 | | Email/Text: ServicingAdmin@navitascredit.com | May 26 2021 21:35:00 | Navitas Credit Corp., 201 Executive Center Dr Suite 100, Columbia SC 29210 |
| 543741455 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:35:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland OH 44101 |
| 543741456 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2021 21:35:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Drive, Miamisburg OH 45342 |
| 543807252 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2021 21:35:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 543741460 | + | Email/Text: bankruptcy@sctax.org | May 26 2021 21:35:00 | SC Department of Revenue and Taxation, P. O. Box 12265, Columbia SC 29211-2265 |
| 543759073 | + | Email/Text: bankruptcy@southstatebank.com | May 26 2021 21:35:00 | South State Bank, Attn: Bankruptcy Dept., P O Box 1900, Cornelia, GA 30531-7900 |
| 543741464 | + | Email/Text: bankruptcy@southstatebank.com | May 26 2021 21:35:00 | South State Bank, PO Box 118068, Charleston SC 29423-8068 |
| 543741465 | + | Email/Text: bankruptcy@southstatebank.com | May 26 2021 21:35:00 | South State Bank 000, Pob 1287, Orangeburg SC 29116-1287 |
| 543840091 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 23:22:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 543741466 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2021 23:22:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 543741469 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 26 2021 21:35:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402-7014 |
| 543850244 | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | May 26 2021 21:35:00 | U.S. Trustee, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |
| 543741470 | | Email/Text: USASC-Bankruptcy@usdoj.gov | May 26 2021 21:35:00 | US Attorney for SC, Attn: Douglass Barnett, 1441 Main St, Ste 500, Columbia SC 29201-2862 |
| 543741471 | | Email/Text: exceptionreview@vivint.com | May 26 2021 21:35:00 | Vivint, 4931 North 300, Provo UT 84604 |
| 543838220 | + | Email/Text: wefsag@westernequipmentfinance.com | May 26 2021 21:35:00 | Western Equipment Finance, Inc., Attn: R. Steffan, 503 Hwy 2 W, Devils Lake, ND 58301-2938 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 543741428 | | Chudley International, Unit 10 Ilton Business Park, Ilton, Somerset, TA19 9DU |
| 543741430 | | Comcast Business |
| 543741439 | | HPE Financial Services |
| 543741449 | | Merrill Lynch |
| 543741451 | | Micfo, LLC |
| 543776137 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 543741441 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Group 6, MDP 39, 1835 Assembly Street, Columbia SC 29201 |
| 543817057 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Philip Walker | on behalf of Creditor Pension Benefit Guaranty Corporation - US Attorney walker.andrew@pbgc.gov |
| B. Lindsay Crawford, III | on behalf of Creditor Hyundai Lease Titling Trust wayne@crawfordvk.com |
| Brandon K. Poston | on behalf of Spec. Counsel Nelson Mullins Riley & Scarborough LLP keith.poston@nelsonmullins.com katie.hallmark@nelsonmullins.com;linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com |
| Christine E Brimm | on behalf of Plaintiff Michelle Vieira cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Christine E Brimm | on behalf of Trustee Michelle L. Vieira cbrimm@bartonbrimm.com cfraser@bartonbrimm.com,bmorrison@bartonbrimm.com |
| Daniel J. Reynolds, Jr. | on behalf of Defendant Kristin M Golestan dreynolds@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com |
| Daniel J. Reynolds, Jr. | on behalf of Creditor Kristin M Golestan dreynolds@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com |
| Elisabetta G. Gasparini | on behalf of U.S. Trustee US Trustee's Office elisabetta.g.gasparini@usdoj.gov |
| G. William McCarthy, Jr. | on behalf of Creditor Kristin M Golestan bmccarthy@mccarthy-lawfirm.com sstancil@mccarthy-lawfirm.com;sbeall@mccarthy-lawfirm.com |
| Gentry Collins | on behalf of Creditor PNC Bank National Association gentry.collins@brockandscott.com, wbecf@brockandscott.com |
| J. Kershaw Spong | on behalf of Creditor TBG Funding LLC kspong@robinsongray.com, mwhite@robinsongray.com;jguthrie@robinsongray.com |
| J. Ronald Jones, Jr. | on behalf of Creditor PNCEF LLC rjones@smithdebnamlaw.com, cpatrick@smithdebnamlaw.com |
| J. Ronald Jones, Jr. | on behalf of Creditor Ascentium Capital LLC rjones@smithdebnamlaw.com cpatrick@smithdebnamlaw.com |
| John Douglas Barnett | on behalf of Creditor Pension Benefit Guaranty Corporation - US Attorney USASC-Bankruptcy@usdoj.gov Saundra.Woods@usdoj.gov |
| Michael Kevin McCarrell | on behalf of Creditor South State Bank kmccarrell@foxrothschild.com eaccetta@foxrothschild.com |
| Michael M. Beal | on behalf of Interested Party Beal LLC mbeal@bealllc.com, ccooper@bealllc.com;kcooper@bealllc.com;gvernon@bealllc.com;afloyd@bealllc.com;tnauful@bealllc.com |
| Michelle L. Vieira | trustee@chapter7.email mlvieira@ecf.axosfs.com;Trusteeassistant@chapter7.email |
| Tara E. Nauful | on behalf of Interested Party Beal LLC tnauful@bealllc.com, ccooper@bealllc.com;gvernon@bealllc.com;kcooper@bealllc.com;afloyd@bealllc.com |
| Travis E. Menk | on behalf of Creditor PNC Bank National Association travis.menk@brockandscott.com, wbecf@brockandscott.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 20