



FILED
2021 JUN 14 P 2: 32
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

June 7, 2021

**VIA US MAIL**
Clerk of Court
United States Bankruptcy Court
District of South Carolina
145 King Street, Room 225
Charleston, SC 29401

Re:   In Re: Amir Golaston Parsat a/k/a Amir Golestan
      Case No. 19-05657-dd

Dear Clerk,

Bellow, please find the updated address for Maria Averill, Esq. who is a creditor in the case:

Maria Averill, Esquire
Averill Law Firm, LLC
528 Johnnie Dodds Blvd. Suite 102
Mount Pleasant SC, 29464

Please contact our office with any questions at (843) 998-4582

With Kindest Regards I am,

Lexus Smith
Law Clerk to Maria Averill, Esq.

Certified Family Court Mediator | Guardian ad Litem
528 Johnnie Dodds Blvd Suite 102, Mount Pleasant, SC, 29464 | Ph 843.998.4583 | F 800.743.1965
Maria@AverillLawFirm.com | www.AverillLawFirm.com