# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | |
| Amir Golastan Parast, a/k/a Amir Golestan, | Case # 19-05657-dd |
| Debtor. | Chapter 7 |

## APPLICATION FOR APPOINTMENT OF AUCTIONEER

1.  Michelle L. Vieira, Chapter 7 Trustee for the above-captioned estate, would respectfully show the Court as follows:

2.  The Debtor's estate contains certain assets which, in the judgment of the Trustee, should be liquidated. Said assets include:

(a) Various items of household goods, furniture and decorative items currently located in three (3) storage units in Charleston and North Charleston, South Carolina. Some items were in storage on the Petition Date, and other items were previously located at 125 Tradd Street, Charleston, South Carolina or 4639 Wilson Road, Meggett, South Carolina, and stored at the time of sale of those properties.

(b) Home furnishings currently located in the United Kingdom which are being transported to the port at Charleston, South Carolina. Select items have been sold pursuant to the Sale Order at Docket No. 430, and the rest of the items being shipped from the United Kingdom will be sold pursuant to public auction.

3.  The Trustee has selected Meares Property Advisors, Inc., 315 Eastview Road, Pelzer, SC 29669, Phone Number (864) 642-2196, to conduct the liquidation and perform those duties required in the course of such liquidation. Darron Meares will be the point of contact and is a licensed auctioneer in South Carolina. Meares Property Advisors, Inc. has no connection with the above-named Debtor, the Trustee, the creditors in this case, any other known party in interest, their respective attorneys and accountants, any member of the Office of the United States Trustee, nor any person employed by the Office of the United States Trustee.

The above determination of no interest was made after reviewing the schedules filed in this case which provided a list of creditors and parties in interest.

4.  To the best of Applicant's knowledge, the following are all of the Auctioneer's connections with the above-named Debtor, the Trustee, the creditors in this case, any other known party in interest, their respective attorneys and accountants, any member of the Office of the United States Trustee:

    a.    Meares Property Advisors, Inc. has provided auction and liquidation services to numerous individuals and businesses. However, it is not aware of any adverse connection that would prevent it from being employed in this matter.

    b.    Meares Property Advisors, Inc. has assisted the Trustee and other Trustees in South Carolina in other bankruptcy cases.

5.    The Trustee agrees to pay the Auctioneer on the sale of the Debtor's property, **Fifteen (15%) Percent upon the first $20,000.00; Twelve and one-half (12.5%) Percent upon the next $20,000.00, and Ten (10%) Percent upon the balance of the Gross Sales Proceeds, plus a 5% buyer's premium to be paid from the buyer directly to the auctioneer and such fee will not be calculated as part of sale proceeds to the estate.** The trustee requests that the Auctioneer be authorized to deduct his commission from the proceeds of sale prior to the delivery of net proceeds to the Trustee.

6.    The Auctioneer agrees to pick up all assets to be sold from the various storage facilities and at the Port at Charleston, South Carolina and prepare all advertising and publicity necessary to advertise and promote attendance of buyers and shall be reimbursed for same. The estimated advertising expenses, plus all other expenses associated with the sale of the assets in this case shall not exceed the aggregate sum of **$5,000.00**. The Trustee requests that the Auctioneer be authorized to deduct his expenses from the proceeds of sale prior to the delivery of net proceeds to the Trustee. Receipts for all claimed expenses <u>must</u> be provided to the Trustee prior to Meares Property Advisors, Inc. deducting said expenses.

7.    The Trustee and Meares Property Advisors, Inc. understand that the amount of compensation awarded by the Court is subject to review pursuant to 11 U.S.C. §330 and may be different than the amount requested herein.

WHEREFORE, your Applicant prays that she be authorized to employ Meares Property Advisors, Inc. as Auctioneer at the rate of compensation and allowed expenses as specified above; that said Auctioneer be allowed to deduct and retain its compensation and expenses prior to the remittance of the net proceeds from liquidation to the Trustee; and for such other and further relief as may be just.

Dated at Surfside Beach, South Carolina, this 15th day of June, 2021.

                                    /s/ Michelle L. Vieira
                                    Michelle L. Vieira, Trustee
                                    District Court ID #9876
                                    P.O. Box 1480
                                    Murrells Inlet, SC  29576
                                    Telephone:  (843) 497-9800
                                    trustee@chapter7.email

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Amir Golastan Parast, a/k/a Amir Golestan,

Debtor.

Case # 19-05657-dd

Chapter 7

## AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF SOUTH CAROLINA  )
                         )
COUNTY OF GREENVILLE     )

Darron Meares, hereby makes solemn oath that:

1. Meares Property Advisors, Inc. was founded under the laws of South Carolina, and does business throughout South Carolina.

2. Darron Meares, Affiant, is an individual and the President of Meares Property Advisors, Inc., 315 Eastview Road, Pelzer, SC 29669.

3. Affiant and Meares Property Advisors, Inc., have extensive experience in conducting auctions of business assets and equipment.

4. Affiant and Meares Property Advisors, Inc., have no connection to the Trustee, except that he has sold property in other bankruptcy estates for this Trustee and other Trustees in this District in the ordinary course of business.

5. Neither Affiant nor Meares Property Advisors, Inc. have any connection with the Debtor, the creditors, any other party in interest, their respective attorneys or accountants, the U.S. Trustee, nor any person employed in the Office of the U.S. Trustee, other than as set forth in paragraph 4 above. To make this determination, Affiant reviewed the list of creditors and parties-in-interest in this case.

6. Neither Affiant nor Meares Property Advisors, Inc. believe that their employment represents an adverse interest to that of this Estate, its Trustee, or the Debtor in the matters upon which they are to be engaged.

7. Affiant and Meares Property Advisors, Inc. meet the definition of a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

8. Affiant and Meares Property Advisors, Inc. are aware that their compensation shall be set by the Court according to 11 U.S.C. § 330(a) and therefore may be different from the terms of compensation discussed between the Trustee and Affiant and as set forth in the Application to Employ.

MEARES PROPERTY ADVISORS, INC.

By: _____
Darron Meares, Its President

SWORN TO AND SUBSCRIBED before me this 14th day of June, 2021.

_____
Notary Public for South Carolina
My Commission Expires: September 9, 2030

NICHOLE DESKO
Notary Public-State of South Carolina
My Commission Expires
September 09, 2030

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>Amir Golastan Parast, a/k/a Amir Golestan,<br><br>Debtor. | Case # 19-05657-dd<br><br>Chapter 7 |
|---|---|

## CERTIFICATE OF SERVICE

I, Connie Fraser, hereby certify that on behalf of the Chapter 7 Trustee, I served a copy of the **APPLICATION FOR APPOINTMENT OF AUCTIONEER AND AFFIDAVIT, filed June 15, 2021,** on the Office of the United States Trustee via electronic filing and electronic transmission through CM/ECF, and on the parties in interest as shown below, via CM/ECF and/or First Class Mail on June 15, 2021.

Amir Golastan Parast
a/k/a Amir Golestan
1150 Hungry Neck Blvd.
Building C, Suite 220
Mt. Pleasant, SC  29464
*Via First Class Mail*

Darron Meares
Meares Property Advisors, Inc.
315 Eastview Road
Pelzer, SC  29669
*Via First Class Mail*

BARTON BRIMM, PA

BY: /s/ Connie Fraser
P.O. Box 14805
Myrtle Beach, SC  29587